UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA M. THOMPSON,           )
                              )
      Plaintiff,              )
                              )
            v.                )    NO.  3:10-0811
                              )    Judge Haynes/Bryant
JOHN MISSO, III,              )
                              )
      Defendant.              )

**O R D E R**

A telephone conference is set in this case for **Thursday,**

**July 21, 2011, at 10:00 a.m.**  Counsel for plaintiff shall initiate

this conference call.

It is so **ORDERED.**


                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge