```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

JOSHUA M. THOMPSON,            )
                               )
    Plaintiff,                 )
                               )
            v.             )   NO.  3:10-0811
                               )   Judge Haynes/Bryant
JOHN MISSO, III,               )
                               )
    Defendant.                 )

## **O R D E R**

The parties have filed an Agreed Order Of Dismissal With Prejudice (Docket Entry No. 19) in this case.  The telephone conference scheduled for Thursday, July 21, 2011, at 10:00 a.m. (Docket Entry No. 18) is **CANCELED**.

The Clerk is directed to return this file to the District Judge for his consideration of the agreed order of dismissal.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge