IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOSHUA M. THOMPSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Docket No. 3:10CV00811 |
| JOHN MISSO, III, | ) ) | |
| Defendant. | ) ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

As indicated by the signatures of counsel for the parties below, the parties agree that the above-captioned case should be dismissed with prejudice.

Plaintiff's counsel has verified plaintiff's compliance with TCA 71-5-117(g) and has confirmed that there are no known TennCare subrogation claims or other subrogation claims that remain unaddressed in this action.

Based upon the foregoing, and there being good cause, it is hereby **ORDERED** that the case is dismissed with prejudice as to all claims that were made or could have been made herein by the parties. Each party shall bear their own discretionary costs and defendant John Misso, III will pay the court costs.

Entered this _19th_ day of _July_, 2010.


_____
United States District Court Judge

Page 1 of 2